IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00720-BNB

MADINA BUHENDWA,

      Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT, University Based Pass/CU Student Buss
      Pass,
BENJAMIN NORMAN,

      Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 (ECF No. 3) and a Complaint.  The motion and affidavit indicate that

Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the

basis of inability to prepay fees or give security therefor.  Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 (ECF No. 3) is granted.  It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C.

§ 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a

claim on which relief may be granted, or seeks monetary relief against a defendant who

is immune from such relief.  It is

FURTHER ORDERED that the "Motion for and Order Compelling Production of

Ducument [sic] Rule 34" (ECF No. 4) is DENIED as premature. It is

FURTHER ORDERED that process shall not issue at this time.

DATED March 12, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge
